IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**BRUNSON ROBERTS,**  **PLAINTIFF**
**ADC # 127841**

v.   CASE NO: 4:22CV00492-JM

**SOLOMON GRAVES, et al.**   **DEFENDANTS**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case with prejudice; the relief sought is denied.   The Court certifies that an *in forma pauperis* appeal is considered frivolous and not in good faith.

Dated this 21st day of July, 2022.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE